ELIZABETH F. ROJAS
CHAPTER 13 STANDING TRUSTEE
15301 VENTURA BLVD., BLDG. B, STE. 400
SHERMAN OAKS, CA 91403
(818) 933-5700  FAX (818) 933-5755

**ORIGINAL**

FILED
DEC 22 2005
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

BETTY TYLER


ENTERED
DEC 22 2005

LODGED
DEC 22 2005

)  CHAPTER 13
)  CASE NO. SV05-16270-MT
)
)  CONF: Tue Dec 13, 2005
)  TIME:  9:30 AM
)  PLACE: WARNER CENTER
)         COURTROOM 302
)         21041 BURBANK BLVD.
)         WOODLAND HILLS, CA 91367
)
Debtor(s)  )  ORDER CONFIRMING PLAN
)

The Debtor's Chapter 13 plan or modified plan, if any, was filed on September 16, 2005.

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on October 12, 2005. The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:

The Debtor's plan was confirmed on December 13, 2005, with the following provisions:

1. Payments: Amount of each payment is $ 169.00. The due date is day 6 of each month for 53 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan or requested by the debtor. The Plan provides for the payment of .00 % of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post petition defaults by the debtor.

3. OTHER PROVISIONS:

(a) This is a base plan with the debtor paying $ 169.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income for the first 36 months of the Plan. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors to the extent they to be paid during the term of the plan are paid 100%.

(b) If the debtor's attorney has not yet submitted an application for fees no funds will be paid (or set aside for such purpose) until the trustee receives an entered order approving such fees. Disbursements to other creditors will commence immediately.

(c) The Trustee is authorized to make payments to holders of claims secured by real or personal property based on debtor's plan.

(d) Miscellaneous: All tax refunds to be submitted into the plan; debtor to obtain court permission before incurring debt greater than $250.00. Attorney fees allowed at $0.0 @ 100%.

Dated: DEC 22 2005
rev.9/02  12/16/2005 SL  - FG:117

MAUREEN A. TIGHE
United States Bankruptcy Judge